Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

Mary Clayton
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Officer Kyle R Thies DMPD; "See attached"
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

) Case No. _____
) *(to be filled in by the Clerk's Office)*
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

RECEIVED
DEC 17 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## COMPLAINT AND REQUEST FOR INJUNCTION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mary Clayton
Street Address: 2323 Curtis Street ind 12/10/18
City and County: Denver, CO 80205 ind Denver Count
State and Zip Code: Colorado 80205
Telephone Number: (720) 576-4900
E-mail Address: mclayton878@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1
- Name: Kyle R. Thies
- Job or Title (if known): Officer DMPD
- Street Address: 25 East 1st St.
- City and County: Des Moines, Polk County
- State and Zip Code: Iowa 50309
- Telephone Number: (515) 283-4811
- E-mail Address (if known):

Defendant No. 2
- Name: Ryan J. Neumann, Officer
- Job or Title (if known): Des Moines Police Department
- Street Address: 25 East 1st Street
- City and County: Des Moines, Polk County
- State and Zip Code: Iowa 50309
- Telephone Number: (515) 283-4811
- E-mail Address (if known):

Defendant No. 3
- Name: Donna R. Kuster
- Job or Title (if known): Supervisor, Des Moines Police Department
- Street Address: 25 East 1st Street
- City and County: Des Moines, Polk
- State and Zip Code: Iowa, 50309
- Telephone Number: (515) 283-4811
- E-mail Address (if known):

Defendant No. 4
- Name: Des Moines Police Department
- Job or Title (if known):
- Street Address: 25 East 1st Street
- City and County: Des Moines, Polk
- State and Zip Code: Iowa 50309
- Telephone Number: (515) 283-4811
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction    Additional Sheet #1

Defendant No. 5
Name: City of Des Moines
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 6
Name: West Des Moines Police Department
Job or Title (if known):
Street Address: 250 Mills Civic Pkwy.
City and County: West Des Moines, Polk County
State and Zip Code: Iowa, 50265
Telephone Number: (515) 222-3320
E-mail Address (if known):

Defendant No. 7
Name: City of West Des Moines
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 8
Name:
Job or Title (if known): Staci Huzman, STD Iowa Human Service child protective unit
Street Address: 2309 Euclid Avenue
City and County: Des Moines, Polk County
State and Zip Code: Iowa, 50314
Telephone Number: (515) 725-2600
E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction    Additional Defendants Sheet #2

Defendant No. 9
Name: Michelle DeLong, Iowa Department of Human Services
Job or Title (if known): Child protective unit
Street Address: 2307 Euclid Avenue
City and County: Des Moines, Polk County
State and Zip Code: Iowa, 50314
Telephone Number: (515) 250-0014
E-mail Address (if known):

Defendant No. 2 / 10
Name: Iowa Department of Human Services – Child protective unit
Job or Title (if known):
Street Address: 2307 Euclid Avenue
City and County: Des Moines, Polk County
State and Zip Code: Iowa, 50314
Telephone Number: (515) 725-2600
E-mail Address (if known):

Defendant No. 3
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *All parties have violated Constitutional rights under Amendments 1, 2, 4, 5, 8, 9, 14.*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? Des Moines, IA 7/2017, Dale Clayton Illegal search & seizure Amendment #4. Dismissed with prejudice 12/2017 violation of civil rights.

(2) West Des Moines Police Department violation of civil liberties and violations of Amendment 4, Samuel Davis. 12/2017

(3) Violation of civil rights, Amendment #2 4/4/2018, Mary & Dale Clayton Des Moines police Department, Iowa Human services - CPS. Threats for compliance

(4) Violation of civil rights, liberties, immunities, due process, right to parent, and right to use medical treatment.

B.    What date and approximate time did the events giving rise to your claim(s) occur? 7/2017, 12/2017 and again in 3/2018 — present. 3/2010 — present with Department of Human Services child protection unit. The first two approximate dates are police harassment. In 12/2017 people in home were sleeping and harassed with allegations. Rights violation.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Registered gun taken away & gun license 4/2018 he also took my purchase receipt. Took my ID, medication. Charged me with empty glass container stating controlled substance in. 7/2017, my property was sezed while in spouses possession in my vehicle, took my rent money. Case dismissed property not returned, 12/2017 my brother was pulled out of the home and beaten by police. 3/2018 - present continous harassment from Iowa Department of human services, child protection unit. Defamation of character,

IV. **Irreparable Injury** Liable and slander. Violating my right to parent a natural child and child to be parented by natural parent. Civil rights & liberties violation, 10/2018

Explain why monetary damages at a later time would not adequately compensate you for the injuries you Date taken to sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation Jan. #8 at could not be measured. The fear and threat of Des Moines & West Des Court.) Moines Police, as well as Iowa Department of Human Services - child protection unit is an everyday thing. This interferes with my ability to live. It has affected me emotionally and physically. I want to be free to live my life, and care for my family and travel without my civil liberties being violated.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. I am asking for $10,000,000 for emotional, physical, mental anguish. I am also asking for a restraining order be put into place not to harass any of my family or myself until civil proceeding are finalized. The restraing order should include Des Moines Police Department, West Des Moines Police Department and Iowa Human Services, Child protection services - Officer Thies, Officer Neumann, Staci Huisman-CPS, Michelle De Long-CPS.

III. C. (Continuation)
Amendment violated. ~~first count of~~ individuals Count of contempt of court initially given 6 months in jail. Dale filed a complaint and the sentence was reduced to three months, which is still cruel and unusual for a first offense. The harassment has continued and I am in fear that every visit is being used as evidence and I can not help my ex-spouse in fear of retaliation. They are coming at me from every aspect.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/10/2018

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Mary Clayton

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Mary A. Clayton
~~8323 Curtis St~~ n 12/10/18




Barn Swallow
FOREVER USA

RECEIVED
DEC 17 2018
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

US District Courthouse
ATTN: Clerk of Court
123 East Walnut Street Room 300
Des Moines, IA 50309

50309$2084 C082